```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
                    CIVIL DIVISION
```

UNITED STATES OF AMERICA,

        Petitioner,

vs.

TERALD S. ALLEN,

        Respondent.
_____/

PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS

The United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

This proceeding for enforcement of an Internal Revenue Service summons is brought pursuant to Sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.).  This Court has jurisdiction of this action pursuant to 26 U.S.C. Sections 7402(b) and 7604(a), and 28 U.S.C. Sections 1340 and 1345.

II

C. Cavallo, a revenue officer employed in Small Business\Self-Employed Division, South Atlantic Area of the Internal Revenue Service in Plantation, Florida.  The revenue officer is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

III

The Respondent, Terald S. Allen, can be found at 1204 S.W. 81st Terrace, North Lauderdale, Florida 33068-3537, which is within the jurisdiction of this Court.

IV

Revenue Officer C. Cavallo is conducting an investigation for the purpose of determining possible Federal income tax liabilities (Form 1040) of Terald S. Allen for the taxable years ending December 31, 2000, December 31, 2001, December 31, 2003, December 31, 2004, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009, and December 31, 2010, as is set forth in the declaration of Revenue Officer C. Cavallo hereto and incorporated herein by reference as Exhibit "A".

V

As part of the investigation on April 20, 2011, Revenue Officer C. Cavallo issued an Internal Revenue Service summons (Form 6638) to Terald S. Allen directing him to appear before Revenue Officer C. Cavallo on May 18, 2011, to give testimony and

to produce for examination certain books, records, papers or other data, as described in said summons.  On April 22, 2011, Revenue Officer C. Cavallo left an attested copy of the summons to the respondent.  The summons is attached to the revenue officer's declaration as Exhibit A-1 and incorporated herein by this reference.

VI

On May 19, 2011 (a day after the summons date of appearance), the respondent appeared but did not provide all the summoned information.

On August 26, 2011, Counsel for the Internal Revenue Service sent a letter to the respondent directing him to appear on September 26, 2011.  On September 26, 2011, the respondent did not appear and has not provided information and documents as requested by the summons.

VII

Information, books, records, papers, and other data, which may be relevant and material to the investigation, are in the possession, custody or control of the respondent.

VIII

The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

IX

It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summons, in order to complete the investigation of possible Federal income tax liabilities (Form 1040) of Terald S. Allen for the taxable years ending December 31, 2000, December 31, 2001, December 31, 2003, December 31, 2004, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009, and December 31, 2010.

X

The Internal Revenue Service does have information related to two (2) Wage and Tax Statements (Form W-2) for tax year 2001; two (2) Wage and Tax Statements (Form W-2) and a (1) Student Loan Interest Statement (Form 1098-E) for tax year 2002; two (2) Wage and Tax Statements (Form W-2) and two (2) Statements for Distributions from Pensions, Annuities, Retirement or Profit-Sharing Plans, IRA's, Insurance Contracts, etc. (Form 1099-R) for tax year 2003; two (2) Wage and Tax Statements (Form W-2) and a (1) Mortgage Interest Statement (Form 1098) for tax year 2006; a (1) Wage and Tax Statement (Form W-2), two (2) Statements for Recipients of Miscellaneous Income (Form 1099-MISC), and a (1) Mortgage Interest Statement (Form 1098) for tax year 2007; a (1) Statement for Recipients of Miscellaneous Income (Form 1099-MISC)

and a (1) Mortgage Interest Statement (Form 1098) for tax year 2008; a (1) Wage and Tax Statement (Form W-2), a (1) Statement for Recipients of Miscellaneous Income (Form 1099-MISC) and a (1) Mortgage Interest Statement (Form 1098) for tax year 2009; and a (1) Wage and Tax Statement (Form W-2) and two (2) Mortgage Interest Statements (Form 1098) for tax year 2010.  This information is insufficient to make a determination as to respondent's Federal individual income tax liabilities (Form 1040) for taxable years 2000, 2001, 2003, 2004, 2006, 2007, 2008, 2009, and 2010.

XI

A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986 (26 U.S.C.), is not in effect with respect to Terald S. Allen for the tax years under investigation.

XII

All administrative steps as required by the Internal Revenue Code for the issuance of the summons have been followed.

WHEREFORE, the petitioner respectfully prays:

1.  That this Court enter an order directing respondent, Terald S. Allen, to show cause, if any, why he should not comply with, and obey, the aforementioned summons in each and every requirement thereof; and

2. That the Court enter an order directing respondent, Terald S. Allen, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer C. Cavallo or any other proper officer or employee of the Internal Revenue Service; and

3. That this Court further order that petitioner be given thirty days (30) from the date of the Order within which to serve Respondent with the same; and

4. That the United States recover its costs in maintaining this action; and

5. That this Court grants such other and further relief as is just and proper.

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By: *s/ Marilynn K. Lindsey*
    Marilynn K. Lindsey
    Assistant U.S. Attorney
    Fla. Bar NO.: 230057
    500 E. Broward Blvd., Ste. 700
    Ft. Lauderdale, FL  33394
    Marilynn.Lindsey@usdoj.gov